# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CYNTHIA PALACIOS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>ANNIE'S PUBLISHING, LLC,<br><br>        Defendant. | Case No. 2:21-CV-11815<br><br>Hon. Terrence G. Berg |

## STIPULATED ORDER TO CONTINUE THE DEADLINE FOR THE JOINT STATUS REPORT DUE TO UPDATED MEDIATION DATE

Plaintiff Cynthia Palacios and Defendant Annie's Publishing, LLC ("Annie's," together with Plaintiff, the "Parties") state as follows:

WHEREAS, the Court entered an Order on June 27, 2022 (ECF No. 22), staying this case pending a September 20, 2022 mediation, with a joint status report due September 25, 2022;

WHEREAS, the mediator has informed the parties of a scheduling conflict, and as a result, the mediation has been rescheduled for **September 30, 2022**;

WHEREAS, the Parties having stipulated, the Parties propose that the submission of the joint status report shall be continued 10 days, *i.e.*, by no later than October 5, 2022;

Accordingly, **IT IS HEREBY ORDERED** that the deadline to submit a joint status report apprising the Court of the outcome of the mediation shall be continued 10 days, being no later than October 5, 2022.

SO ORDERED.

Dated: June 28, 2022            /s/Terrence G. Berg_____
                                Hon. Terrence G. Berg
                                UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ E. Powell Miller | /s/ Meegan Brooks |
| THE MILLER LAW FIRM, P.C.<br>E. Powell Miller<br>Sharon S. Almonrode<br>Gregory Mitchell<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>(248) 841-2200<br>epm@millerlawpc.com<br>ssa@millerlawpc.com | STEPTOE & JOHNSON LLP<br>Stephanie Sheridan<br>Meegan Brooks<br>One Market Plaza<br>Spear Tower, Suite 3900<br>San Francisco, CA 94105<br>(415) 365-6700<br>ssheridan@steptoe.com<br>mbrooks@steptoe.com<br><br>*Attorneys for Defendant* |
| BURSOR & FISHER, P.A.<br>Philip L. Fraietta<br>888 Seventh Avenue<br>New York, New York 10019<br>(646) 837-7150<br>pfraietta@bursor.com | |
| HEDIN HALL LLP<br>Frank S. Hedin<br>1395 Brickell Ave<br>Suite 900<br>Miami, FL 33131<br>(305) 357-2107<br>fhedin@hedinhall.com | |
| *Attorneys for Plaintiff* | |

Dated: June 28, 2022                            Respectfully submitted,

/s/ *E. Powell Miller*
THE MILLER LAW FIRM, P.C.
E. Powell Miller
Sharon S. Almonrode
Gregory Mitchell
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

BURSOR & FISHER, P.A.
Philip L. Fraietta
888 Seventh Avenue
New York, New York 10019
(646) 837-7150
pfraietta@bursor.com

HEDIN HALL LLP
Frank S. Hedin
1395 Brickell Ave
Suite 900
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com

*Counsel for Plaintiff*

4

## CERTIFICATE OF SERVICE

I, E. Powell Miller, an attorney, hereby certify that on June 28, 2022, I served the above and foregoing on all counsel of record by submitting it via the Court's Utilities system and forwarding verification of the submission and this document to counsel for Defendant at the following email addresses:

Meegan Brooks
mbrooks@steptoe.com

Stephanie Sheridan
ssheridan@steptoe.com

/s/ E. Powell Miller
E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste 300
Rochester, MI 48307
Tel: 248.841.2200