# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| CYNTHIA PALACIOS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 2:21-cv-11815 |
| | ) | Hon. Terrence G. Berg |
| ANNIE'S PUBLISHING, LLC, | ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's June 28, 2022, Order (ECF No. 23), Plaintiff Cynthia Palacios and Defendant Annie's Publishing, LLC (together, the "Parties") submit this joint status report to inform the Court that the Parties have reached an agreement to resolve this matter. Plaintiff anticipates filing dismissal papers on or before November 8, 2022.

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Meegan Brooks* |
| THE MILLER LAW FIRM, P.C. | STEPTOE & JOHNSON LLP |
| E. Powell Miller | Stephanie Sheridan |
| Sharon S. Almonrode | Meegan Brooks |
| Gregory Mitchell | One Market Plaza |
| 950 W. University Drive, Suite 300 | Spear Tower, Suite 3900 |
| Rochester, MI 48307 | San Francisco, CA 94105 |
| (248) 841-2200 | (415) 365-6700 |
| epm@millerlawpc.com | ssheridan@steptoe.com |
| ssa@millerlawpc.com | mbrooks@steptoe.com |
| | |
| | *Attorneys for Defendant* |
| BURSOR & FISHER, P.A. | |
| Joseph I. Marchese | |
| Philip L. Fraietta | |
| 888 Seventh Avenue | |
| New York, New York 10019 | |
| (646) 837-7150 | |
| jmarchese@bursor.com | |
| pfraietta@bursor.com | |
| | |
| HEDIN HALL LLP | |
| Frank S. Hedin | |
| 1395 Brickell Ave | |
| Suite 900 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |
| | |
| *Attorneys for Plaintiff* | |

3

## CERTIFICATE OF SERVICE

This certifies that this 5th day of October, 2022, a copy of the attached document was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Michigan, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com