UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARLENE DEVROY, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ANNIE'S PUBLISHING, LLC, <br><br> Defendant. | 21-11815 <br><br><br><br><br><br> HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2022

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 10, 2022, by electronic and/or ordinary mail.
/s/ Amanda Chubb
Case Manager
(313) 234-2644